FILED
RICHARD W. NAGEL
CLERK OF COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

2020 SEP 30 PM 4: 04

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-cr-167 |
| Plaintiff, | JUDGE MARBLEY |
| vs. | INFORMATION |
| MARTIN KAO, | 26 U.S.C. § 7201 |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1
(26 U.S.C. §7201: Tax Evasion)

On or about the 15th day of April, 2016, Defendant **MARTIN KAO,** a resident of Columbus, Ohio, in the Southern District of Ohio, did willfully attempt to evade and defeat income tax due and owing by him to the United States of America, for the calendar year 2015, by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent Form 1120S, U.S. Income Tax Return for an S Corporation, and Form 1040, US Individual Income Tax Return, which were submitted to the Internal Revenue Service. On that tax return, Defendant **MARTIN KAO** knew the he had taxable income for calendar year 2015 that was greater than the amount reported on the tax return, due to the suppression of cash sales from his restaurant and providing false information to his accountant, and as a result of such additional taxable income, there was additional tax of $61,943 due and owing by him to the

United States of America.

In violation of 26 U.S.C. § 7201.

DAVID M. DEVILLERS
UNITED STATES ATTORNEY

BRENDA S. SHOEMAKER (0041411)
Assistant United States Attorney