UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

MARTIN HUGO,

    Defendant.

:

Case No. 2:20-cr-167
Judge Sarah D. Morrison

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by Magistrate Judge King on November 5, 2020. (ECF No. 13.) The time for filing objections to the Report and Recommendation has passed, and no objections have been filed. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, Defendant Martin Kao's plea of guilty to Count 1 of the Information (ECF No. 2) is **ACCEPTED**.

    IT IS SO ORDERED.

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**